**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-41749-elm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | JCOS CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 05/13/2020 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/17/2020 |
| | | Claims Bar Date: | 10/06/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT - Sanger Bank | $4,376.73 | $0.00 | | $0.00 | FA |
| Asset Notes: | Sanger Bank Order granting relief from stay entered 8/10/20 [Dkt. No. 53]. Not administered. | | | | | |
| 2 | ACCOUNTS RECEIVABLE <90 DAYS | $37,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oklahoma State Bank lien on A/R, Order granting relief from stay entered 7/15/20 [Dkt. No. 41]. Not administered. | | | | | |
| 3 | ACCOUNTS RECEIVABLE >90 DAYS | $74,894.50 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oklahoma State Bank lien on A/R, Order granting relief from stay entered 7/15/20 [Dkt. No. 41]. Not administered. | | | | | |
| 4 | BOBTAIL TRAILER (u) | $5,000.00 | $5,000.00 | | $2,933.66 | FA |
| Asset Notes: | Listed on Amended Schedules a/b filed on 7/2/2020 [Dkt. No. 28]. Order allowing sale of property entered on 08/24/2020 [Dkt. No. 55]. Report of Sale filed 09/21/2020 [Dkt. No. 64] | | | | | |
| 5 | 2000 WESTERN STAR | $5,000.00 | $5,000.00 | | $3,150.00 | FA |
| Asset Notes: | Order allowing sale of property entered on 08/24/2020 [Dkt. No. 55]. Report of Sale filed 09/21/2020 [Dkt. No. 64] | | | | | |
| 6 | 1981 PETERBILT | $5,000.00 | $5,000.00 | | $1,551.00 | FA |
| Asset Notes: | Order allowing sale of property entered on 08/24/2020 [Dkt. No. 55]. Report of Sale filed 09/21/2020 [Dkt. No. 64] | | | | | |
| 7 | CHECKING ACCOUNT -TEXOMA CU | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No value. | | | | | |
| 8 | 2019 GMC Sierra | $55,915.31 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Ally Bank has lien. Order granting relief from stay entered 10/9/20 [Dkt. No. 78] | | | | | |
| 9 | 2019 Chevrolet Silverado | $52,832.81 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Ally Bank has lien. Order granting relief from stay entered 10/9/20 [Dkt. No. 78] | | | | | |
| 10 | 2001 Freightliner | $6,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Sanger Bank has lien. Order granting relief from stay entered 8/10/20 [Dkt. No. 53]. | | | | | |
| 11 | 2019 Brazos Trailer | $28,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Amur Equipment Finance has lien. Order granting relief from stay entered 10/6/20 [Dkt. No. 75]. | | | | | |
| 12 | 2019 Brazos Trailer | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Amur Equipment Finance has lien. Order granting relief from stay entered 10/6/20 [Dkt. No. 75]. | | | | | |
| 13 | 2020 Brazos Trailer | $35,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. Currency Finance has lien. | | | | | |
| 14 | 2019 Brazos Trailer | $28,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. CIT Bank has lien. Order granting relief from stay entered 7/9/20 [Dkt. No. 34]. | | | | | |
| 15 | 2019 Brazos Trailer | $29,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No equity. CIT Bank has lien. Order granting relief from stay entered 7/9/20 [Dkt. No. 34]. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  2

| Case No.: | 20-41749-elm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | JCOS CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 05/13/2020 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/17/2020 |
| | | Claims Bar Date: | 10/06/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  2005 Volvo Truck | $9,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity.  Oklahoma State Bank has lien. Order granting relief from stay entered 7/15/20 [Dkt. No. 41]. | | | | | |
| 17  2018 Brazos Trailer/2007 Freightliner/1994 Peterbuilt (all on the same line of credit, held at repair shop) | $46,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity.  Oklahoma State Bank has lien. Order granting relief from stay entered 7/15/20 [Dkt. No. 41]. | | | | | |
| 18  T770 T4 Bobcat Track Loader 2017 FAE UML/SSL 150-V | $65,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity. Sanger Bank has lien. Order granting relief from stay entered 8/10/20 [Dkt. No. 53]. | | | | | |
| 19  2012 Mack Truck | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity. Currency Finance has lien. | | | | | |
| 20  2013 Mack Truck | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity. Currency Finance has lien. | | | | | |
| 21  2013 Mack Truck | $32,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    No equity. North Mill Credit Trust has lien. | | | | | |
| 22  TWC Credit Refunds                             (u) | $4,740.22 | $0.00 | | $0.00 | FA |
| Asset Notes:    TWC Credit Refunds ($2,239.12 + $2501.10) | | | | | |
| 23  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    (1994 Peterbilt - currently held @ repair shop $5,000 owed on it). Asset removed in amended schedules filed 7/2/2020 [Dkt. No. 28].  This asset is also included with #17. | | | | | |
| **TOTALS** (Excluding unknown value) | $613,259.57 | $15,000.00 | | $7,634.66 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 10/13/2022 | TWC refunds received 10/3/22 and 10/13/22. |
| 09/20/2022 | IRS filed amended claim. Emailed IRS counsel on 9/20/22 & 10/14/22 regarding amending claim to comply with Agreed Order. TWC says that refund should be processed by 9/29/22. |
| 08/09/2022 | F&P Final Fee App order entered 8/5/22 [Dkt. No. 115]. Potential refund to be received from the TWC. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 20-41749-elm7 | Trustee Name: | Laurie Dahl Rea |
| --- | --- | --- | --- |
| Case Name: | JCOS CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 05/13/2020 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 06/17/2020 |
| | | Claims Bar Date: | 10/06/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 06/27/2022 | Order resolving objection to IRS claim entered 6/24/22 [Dkt. No. 111]. |
| | Need Final Fee App for F&P, then ready for TFR. |
| 04/27/2022 | Emailed IRS re how to resolve IRS claim objection. |
| | Hearing to be held 6/21/22 regarding IRS claim objection. |
| 04/18/2022 | Waiting for IRS to agree to agreed order on claim objection. |
| 09/27/2021 | IRS Claim obj pending. |
| | Attorney for Trustee Fee Application to be filed once obj. resolved. |
| | Case ready for TFR once Attorney Fee Application approved. |
| 03/22/2021 | Tax return completed and filed. |
| 03/22/2021 | Claims reviewed. Filing claim objections soon. |
| 11/10/2020 | Rosen fees allowed. Docket No. 84. |
| 10/26/2020 | No chapter 5s actions per SOFA.. |
| | Bar date passed on 10/6. |
| | All assets administered. |
| | Tax return needed; Sheldon Levy hired. |
| 08/24/2020 | Order granting motion to sell property by auction entered 8/24/20 [Dkt. No. 55] |
| 08/03/2020 | Order granting appl to employ Rosen Systems entered 7/29/2020 [Dkt. No. 49]. |
| | Order granting appl to employ F&P as counsel to trustee entered 8/3/2020 [Dkt. No. 51] |
| 06/20/2020 | 2001 Freightliner valued at $5000 |
| | 1981 Peterbilt valued at $5000 |
| | 2000 Western Sun value at $5000 |
| | All other assets are subject to lien. |
| | Need to hire Rosen to sell unencumbered assets and firm for legal work. Possible need to hire accountant for tax return. |
| | No preferences or FT based on review of SOFA and 341 meeting. |

| Initial Projected Date Of Final Report (TFR): | 01/31/2022 | Current Projected Date Of Final Report (TFR): | 07/31/2023 | /s/ LAURIE DAHL REA |
| --- | --- | --- | --- | --- |
| | | | | LAURIE DAHL REA |